UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LARRY ROLAND CRIM, | ) | |
| | ) | District Court No. 3:09-0343 |
| Debtor | ) | JUDGE CAMPBELL |
| | | |
| LARRY ROLAND CRIM, | ) | |
| | ) | |
| Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | Bankruptcy Case No. 308-06229 |
| | ) | Adv. Proceeding No. 308-00401A |
| FIRST TENNESSEE BANK | ) | |
| NATIONAL ASSOCIATION, et al. | ) | |
| | ) | |
| Appellee | ) | |

## ORDER

Pending before the Court is a Motion of Appellant Larry R. Crim for Rehearing and Motion for New Trial (Docket No. 38). The Appellees shall file a response by December 14, 2009.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE